**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DARREN WALKER, et al.,

                Plaintiffs,

  -against-                              24 **CIVIL** 6478 (JGLC)

                                               **JUDGMENT**

LWT ENTERPRISES INC., et al.,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                        **BY:**          *K. Mango*

                                                    **Deputy Clerk**